IN THE MATTER OF MICHAEL J. NEDICK, AN
ATTORNEY AT LAW.

April 19, 1990.

ORDER

The Office of Attorney Ethics having advised this Court that
MICHAEL J. NEDICK of EDGEWATER, who was admitted to
the bar of this State in 1975, has pleaded guilty to Federal
income tax evasion, in violation of 26 *U.S.C.A.* § 7201; and
good cause appearing;

It is ORDERED that pursuant to *R.* 1:20–6(b)(1), MICHAEL
J. NEDICK is temporarily suspended from the practice of law
pending the final resolution of ethics proceedings against him,
effective immediately and until the further order of this Court;
and it is further

ORDERED that MICHAEL J. NEDICK be restrained and
enjoined from practicing law during the period of his suspen-
sion; and it is further

ORDERED that MICHAEL J. NEDICK comply with Admin-
istrative Guideline No. 23 of the Office of Attorney Ethics
dealing with suspended attorneys.